# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | | |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, in his Capacity as LIQUIDATING TRUSTEE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST, | : | Adv. No. 20-50975 (CSS) |
| Plaintiff, | : | |
| v. | : | |
| UNITED REGIONAL PROFESSIONAL SERVICES CORPORATION d/b/a UNITED REGIONAL REFERENCE LABORATORY; UNITED REGIONAL HEALTH CARE SYSTEM CARDIOLOGY, LLC d/b/a UNITED REGIONAL REFERENCE LABORATORY, | : | |
| Defendants. | : | |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

## AFFIDAVIT OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on United Regional Health Care System Cardiology, LLC, Attn: Nancy Townley, R/A, 1600 11th Street, Wichita Falls, TX 76301-4300; and United Regional Reference Laboratory, Attn: Phyllis Cowling, CEO, 1702 7th Street, Wichita Falls, TX 76301:

- Complaint for Avoidance and Recovery of Preferential Transfers [Case No. 18-12491-CSS, Docket No. 2140]

- Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2]

Dated: November 5, 2020

                                                */s/ Rachel O'Connor*
                                                Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 5, 2020, by Rachel O'Connor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022